# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2017

*The Court of Appeals hereby passes the following order:*

## A17A0884. ALFRED BOYD v. VANDERBILT MORTGAGE.

On September 12, 2016, the trial court entered a writ of possession in favor of Vanderbilt Mortgage and against Alfred Boyd. Boyd filed a notice of appeal from this order on September 21, 2016. We lack jurisdiction.

Generally, a notice of appeal must be filed within 30 days of entry of the decision or judgment sought to be appealed. See OCGA § 5-6-38 (a). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Boyd filed his notice of appeal nine days after the superior court order he wishes to appeal. Therefore, the appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/23/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*